In the Matter of GEORGE R. GRAVES, an Attorney and Counselor at Law, Respondent.

PER CURIAM. In this disciplinary proceeding against this attorney and counselor at law the referee appointed by this court has made findings of professional misconduct in taking advantage of his clients and abusing their confidence and obtaining money from them upon security subject to other claims which he concealed. We have examined the evidence and find the conclusions of the referee fully justified. In the relations of attorney to client " the rule of loyalty is relentless and supreme." This rule the respondent has flagrantly violated. The referee has recommended disbarment. We approve and adopt as ours the findings of the referee and order the respondent disbarred. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. Report of referee confirmed and order of disbarment entered.

PERCIVAL A. SITTIG and Another, Plaintiffs, v. JOSEPH M. SCHALLER and Another, Defendants.

PER CURIAM. The question submitted is answered " Yes," and judgment is rendered in favor of the plaintiffs, Percival A. Sittig and Marie L. Sittig, against the defendants, Joseph M. Schaller and Anna M. Schaller, adjudging and decreeing that the said defendants accept the deed tendered by plaintiffs, and pay to the plaintiffs the sum of $5,700, the balance of the purchase price, without costs or disbursements of this submission. Under the authority of Luhrs v. Eimer (80 N. Y. 171) the eleven brothers and sisters of John Zimmerman, being non-resident aliens, were not capable of inheriting real property in this State. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. Submitted controversy determined in favor of the plaintiffs, without costs.

ARTHUR F. PAGE, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19025.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of FREDERICK S. PRUTSMAN, Deceased.— Decree affirmed, with one bill of costs payable by the appellant personally. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.